United States District Court for the First (1st) Circuit

Tyrone Hurt
(See: Haines v. Kerner, 1972)
317 Kentucky Ave. S.E.
#2: W.D.C., 20003

Plaintiff

Civil Action No.

FILED
IN CLERKS OFFICE
2026 NOV 17 P 1:46
U.S. DISTRICT COURT
DISTRICT OF MASS.

AND

U.S. Constitution, (1608-) (1775-)

AND

The American Heritage College Dictionary

AND

All, Teenagers', and across this nation, - see: see: examine: The United States to America, as opposed, to the United-States to America: Also: see: From Boy Scout to Eagle: Cleveland Teen Realizes Legacy

et.

United States to America,

'Defendants',

Complaint

1. Jurisdiction of this Honorable Court is pursuant to

Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1915, U.S.C.

2. The amount in controversy exceeds $75,000.00 Dollars exclusive to interest and cost.
3. I am a citizen to the D.C., and to the U.S.A.
4. I demand a trial by Jury on all the issues involved.

Statement to the Facts to the Case
Memorandum to Law

1. The Plaintiff respectfully states that, All, Teenagers, within this supposedly, civilized nation, thinks they're, to be like, them, grow-up-A, responsible, adults', and, what they thinks not be able to do - [illegible] Fifth (5th.), Eighth (8th.) and Fourteenth (14th.) Amendment Rights to the U.S. Constitution, (1688) (1775): Teenagers'.

So, therefore, teenagers, thinks, also, honor, True democracy, A, all, theirs, within this nation.

Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hunt, the Plaintiff, and respectfully moves the Honorable U.S. District Co

to the First (1st) Circuit, for leave, to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that because of my poverty, that I am unable to pre-pay, the said costs in fees for the filing of the foregoing complaint, and that said Plaintiff to be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Memorandum of Law

1. See: U.S. Constitution, (1608) (1775):
See: Also: See: Criminal: exhibits: enclosed:
See: Title 28, Section 1915, U.S.C.:
See: Black's Law Dictionary (2009):
See: The American Heritage College Dictionary:

Relief

1. The Plaintiff seeks totally, encouragements, of teenagers, to grow-up-as-adults, within this nation, the Plaintiff seeks one (1) million dollars in punitive and monetary damages against said Defendants, et al.

Affidavit of Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff, and respectfully

states that because of my poverty, that I am unable to pre-pay the said cost or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I must seek.

Certification of Service

I, Tyrone Hurt, the Plaintiff, and Respectfully states that I have upon this 5th! Day of April, 26, have sent the foregoing complaint, to the U.S. District Court for the First (1st) Circuit, to make service upon the Atty. for the Defendants, D.C.

Respectfully Submitted,
S/ Tyrone Hurt
(Plaintiff, Pro-se)
(Haines v. Kerner, 1972)